# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JERRY JACOBSEN

VERSUS

CITY OF BATON ROUGE

NO.   2024 CW 1099

**FEBRUARY 24, 2025**

---

In Re:   City of Baton Rouge, applying for supervisory writs, Office of Workers' Compensation, District 05, No. 24-00211.

---

BEFORE:   McCLENDON, C.J., LANIER AND BALFOUR, JJ.

**STAY DENIED; WRIT DENIED.**

PMc
WIL
KEB

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT